**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian K. Hilliard**
**Pamela S. Hilliard**
   Debtor(s)

Bankruptcy Case No.: 20−21066−GLT
Related to Docket No. 39
Chapter: 13
Docket No.: 40 − 39
Concil. Conf.: December 16, 2021 at 01:00 PM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **December 2, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **December 16, 2021** at **01:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 12, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian K. Hilliard  
Pamela S. Hilliard  
    Debtors

Case No. 20-21066-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3  
Date Rcvd: Oct 12, 2021      Form ID: 213      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Hilliard, Pamela S. Hilliard, 515 East 1st Avenue, Tarentum, PA 15084-1908 |
| cr | + | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15221221 | + | Allegheny Valley Hospital, 1301 Carlisle Street, Natrona Heights, PA 15065-1152 |
| 15221225 | + | Dynamic Recovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 15221226 | + | Eureka Ambulance Services, 304 E. 3rd Avenue, Tarentum, PA 15084-1806 |
| 15221230 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15221231 | + | Pittsburgh Cardiology Associates, 490 E. North Avenue, Pittsburgh, PA 15212-4740 |
| 15243403 | + | THE BANK OF NEW YORK MELLON, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15221234 | + | Tru Green, 3812 William Flynn Hwy, Bldg. # 9, Allison Park, PA 15101-3660 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 13 2021 03:14:27 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 12:02:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15249148 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:05:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221222 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:05:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15221223 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2021 03:05:00 | Comcast/Xfinity, 219 Summit Park Dr., Pittsburgh, PA 15275-1203 |
| 15221224 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:06:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232755 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:06:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15234810 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2021 03:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15232753 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:05:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221227 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:05:00 | K. Jordan, 913 1st Avenue, Chippewa Falls, WI 54729-1402 |
| 15225100 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 12:02:40 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 213 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15221228 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:06:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 15243984 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15221229 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:06:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232754 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 03:06:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221232 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2021 03:05:00 | PNC, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15221713 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 10:56:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15221233 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:14:27 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| 15221220 | ##+ | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com |
| Jillian Nolan Snider | |
| | on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Maria Miksich | |

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
on behalf of Debtor Brian K. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Samuel M. DiFatta
on behalf of Joint Debtor Pamela S. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Sindi Mncina
on behalf of Creditor The Bank of New York Mellon smncina@rascrane.com

TOTAL: 9