FILED
12/14/21 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
BRIAN K. HILLARD )
PAMELA S. HILLARD )
) Case No.:20-21066-GLT
)
Debtor(s) ) Chapter 13
)
)
Ronda J. Winnecour, Chapter 13 Trustee, )
    Movant, ) Related Document No.: 48 and 50
Vs. )
)
BRIAN K. HILLARD )
PAMELA S. HILLARD )
    Respondent(s) )

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on October 11, 2021 (document no. 39) is hereby WITHDRAWN. Therefor the hearing scheduled for December 16, 2021 is hereby CANCELLED.

Respectfully submitted,

12/8/2021
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED this 14th day of December 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian K. Hilliard  
Pamela S. Hilliard  
    Debtors

Case No. 20-21066-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Hilliard, Pamela S. Hilliard, 515 East 1st Avenue, Tarentum, PA 15084-1908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Charles Griffin Wohlrab | on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
    on behalf of Debtor Brian K. Hilliard difatta1015@comcast.net  richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Samuel M. DiFatta
    on behalf of Joint Debtor Pamela S. Hilliard difatta1015@comcast.net
    richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon smncina@rascrane.com

TOTAL: 9