**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/07/2022

IN RE:

BRIAN K. HILLIARD
PAMELA S. HILLIARD
515 EAST 1ST AVENUE
TARENTUM, PA 15084
XXX-XX-3624          Debtor(s)

XXX-XX-8207

Case No. 20-21066 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4797 |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL  33487 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 3   INT %: 5.25%<br>Court Claim Number: 9<br>CLAIM: 11,426.83<br>COMMENT: $CL9GOV@5.25%/COE*PMT/CONF* 9250@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1991 |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL**<br>C/O NATIONSTAR MORTGAGE LLC DBA MR COO<br>ATTN BANKRUPTCY<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: CL7GOV W NMPC*499/PL*DKT4PMT-LMT*BGN 4/20*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7212 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY VALLEY HOSPITAL**<br>1300 CARLISLE STREET<br>NATRONA HEIGHTS, PA  15065 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5824 |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA  94011 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 10R1 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,520.64<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9530 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 588.82<br>COMMENT: X6829/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7123 |
| **EUREKA AMBULANCE SERVICES**<br>304 E 3RD AVE<br>TARENTUM, PA  15084 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: BMHB |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **K JORDAN** C/O CREDITORS BANKRUPTCY SERVICE* PO BOX 800849 DALLAS, TX 75380 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 2 CLAIM: 233.05 COMMENT: X7476/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6B2J |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 8 CLAIM: 488.07 COMMENT: X5766/SCH*CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4451 |
| **MONTGOMERY WARDS**** C/O CREDITORS BANKRUPTCY SVC* PO BOX 800849 DALLAS, TX 75380 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 3 CLAIM: 1,543.10 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9290 |
| **PITTSBURGH CARDIOLOGY** 5200 CENTER AVE PITTSBURGH, PA 15232 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0742 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1169 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: 1 CLAIM: 1,582.75 COMMENT: SYNCHRONY*WALMART | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4799 |
| **TRUGREEN** THOMPSON PARK DRIVE SUITE 102 MARS, PA 16046 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1139 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: 5 CLAIM: 223.81 COMMENT: REF 3184880687*NT/SCH*RJM ACQUISITIONS*FINGERHUT*STALE*DK! | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3499 |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL** C/O NATIONSTAR MORTGAGE LLC DBA MR COC ATTN BANKRUPTCY PO BOX 619094 DALLAS, TX 75261-9741 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 7 CLAIM: 7,635.34 COMMENT: CL7GOV*6200/PL*THRU 3/2020*LMP DENIED | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 7212 |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL** C/O NATIONSTAR MORTGAGE LLC DBA MR COC ATTN BANKRUPTCY PO BOX 619094 DALLAS, TX 75261-9741 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 07 CLAIM: 0.00 COMMENT: LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 7212 |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BANK OF NY MELLON/PRAE | |
| **MILSTEAD & ASSOCIATES LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1 EAST STOW RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MARLTON, NJ  08053 | COMMENT:  BANK OF NY MELLON/PRAE | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY FNCL/PRAE | |