Certificate Number: 14912-PAW-DE-036349266

Bankruptcy Case Number: 20-21066



14912-PAW-DE-036349266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2022, at 9:57 o'clock AM EST, Brian Hilliard completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 23, 2022          By:     /s/Jai Bhatt

                                   Name:   Jai Bhatt

                                   Title:  Counselor