# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-21066-GLT |
| Brian K. Hilliard | : | |
| Pamela S. Hilliard | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |

| | | |
|---|---|---|
| Brian K. Hilliard | : | |
| Pamela S. Hilliard | : | Related to Claim No.: 7 |
| Movant(s) | : | |
| vs. | : | |
| The Bank of New York Mellon | : | |
| Ronda J. Winnecour, Esq. | : | |
| Respondent(s) | : | |

## DECLARATION TO NOTICE OF MORTGAGE PAYMENT CHANGE

**AND NOW** comes the Brian K. Hilliard and Pamela S. Hilliard, by and through their attorney, Samuel M. DiFatta, and files the within Declaration to Notice of Mortgage Payment Change, filed February 24, 2022 and in support thereof avers as follows:

1. The existing Chapter 13 Plan is sufficient to fund said plan with the modified debt, specifically, the mortgage payment change filed by The Bank of New York Mellon.

Respectfully Submitted,

Dated: March 3, 2022        By:    /s/Samuel M. DiFatta, Esquire
Samuel M. DiFatta, Esquire
PO Box 23
Tarentum, PA  15084
Phone No. (724) 882-5175
PA ID# 78156
difatta1015@comcast.net