Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Brian K. Hilliard** | Case No. 20−21066−GLT |
| **Pamela S. Hilliard** | Chapter: 13 |
| *Debtor(s)* | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | Related to Document No. 63 |
| v. | |
| **No Respondents** | Hearing Date: 6/15/22 at 11:00 AM |
| *Respondent(s).* | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 28th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 63 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before May 12, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *June 15, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-21066-GLT
Brian K. Hilliard Chapter 13
Pamela S. Hilliard
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 604 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Hilliard, Pamela S. Hilliard, 515 East 1st Avenue, Tarentum, PA 15084-1908 |
| 15221221 | + | Allegheny Valley Hospital, 1301 Carlisle Street, Natrona Heights, PA 15065-1152 |
| 15221225 | + | Dynamic Recovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 15221226 | + | Eureka Ambulance Services, 304 E. 3rd Avenue, Tarentum, PA 15084-1806 |
| 15221231 | + | Pittsburgh Cardiology Associates, 490 E. North Avenue, Pittsburgh, PA 15212-4740 |
| 15221234 | + | Tru Green, 3812 William Flynn Hwy, Bldg. # 9, Allison Park, PA 15101-3660 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2022 23:41:36 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 28 2022 23:39:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15249148 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221222 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15221223 | + | Email/Text: documentfiling@lciinc.com | Mar 28 2022 23:38:00 | Comcast/Xfinity, 219 Summit Park Dr., Pittsburgh, PA 15275-1203 |
| 15221224 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232755 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15234810 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15232753 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221227 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:38:00 | K. Jordan, 913 1st Avenue, Chippewa Falls, WI 54729-1402 |
| 15225100 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 20-21066-GLT  Doc 65  Filed 03/30/22  Entered 03/31/22 00:27:40  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 604 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15221228 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 15243984 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15221229 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232754 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221230 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 23:39:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15221232 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15221713 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15221233 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:18 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15243403 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 23:39:00 | THE BANK OF NEW YORK MELLON, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| 15221220 | ##+ | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D alubin@milsteadlaw.com, bkecf@milsteadlaw.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Mar 28, 2022     Form ID: 604     Total Noticed: 27

Brian Nicholas
   on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com

Brian Nicholas
   on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
   on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com

Jillian Nolan Snider
   on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Maria Miksich
   on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
   on behalf of Debtor Brian K. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Samuel M. DiFatta
   on behalf of Joint Debtor Pamela S. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Sindi Mncina
   on behalf of Creditor The Bank of New York Mellon smncina@rascrane.com

TOTAL: 11