IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN K. HILLIARD
PAMELA S. HILLIARD
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:20-21066

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/23/2020 and confirmed on 6/24/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,007.75 |
| Less Refunds to Debtor | 612.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,395.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,900.00 | |
|    Trustee Fee | 1,737.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,637.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7212 | 0.00 | 9,617.30 | 0.00 | 9,617.30 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7212 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7212 | 7,635.34 | 7,635.34 | 0.00 | 7,635.34 |
|   ALLY FINANCIAL(*)<br>    Acct: 1991 | 11,426.83 | 11,426.83 | 898.50 | 12,325.33 |
| | | | | 29,577.97 |
| **Priority** | | | | |
|   SAMUEL M DIFATTA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRIAN K. HILLIARD<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRIAN K. HILLIARD<br>    Acct: | 612.25 | 612.25 | 0.00 | 0.00 |
|   SAMUEL M DIFATTA ESQ<br>    Acct: | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|   SAMUEL M DIFATTA ESQ<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLEGHENY VALLEY HOSPITAL<br>    Acct: 5824 | 0.00 | 0.00 | 0.00 | 0.00 |
|   COMCAST<br>    Acct: 10R1 | 0.00 | 0.00 | 0.00 | 0.00 |
|   COUNTRY DOOR<br>    Acct: 9530 | 1,520.64 | 1,520.64 | 0.00 | 1,520.64 |
|   LVNV FUNDING LLC<br>    Acct: 7123 | 588.82 | 588.82 | 0.00 | 588.82 |
|   EUREKA AMBULANCE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: BMHB | | | | |
|   K JORDAN | 233.05 | 233.05 | 0.00 | 233.05 |
|     Acct: 6B2J | | | | |
|   MIDLAND FUNDING LLC | 488.07 | 488.07 | 0.00 | 488.07 |
|     Acct: 4451 | | | | |
|   MONTGOMERY WARDS** | 1,543.10 | 1,543.10 | 0.00 | 1,543.10 |
|     Acct: 9290 | | | | |
|   PITTSBURGH CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0742 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1169 | | | | |
|   LVNV FUNDING LLC | 1,582.75 | 1,582.75 | 0.00 | 1,582.75 |
|     Acct: 4799 | | | | |
|   TRUGREEN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1139 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 223.81 | 223.81 | 0.00 | 223.81 |
|     Acct: 3499 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4797 | | | | |
|   ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 6,180.24 |

TOTAL PAID TO CREDITORS                                                                                    35,758.21

TOTAL CLAIMED
PRIORITY              0.00
SECURED          19,062.17
UNSECURED         6,180.24

Date: 03/25/2022                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN K. HILLIARD
    PAMELA S. HILLIARD
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-21066

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21066-GLT |
| Brian K. Hilliard | Chapter 13 |
| Pamela S. Hilliard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Hilliard, Pamela S. Hilliard, 515 East 1st Avenue, Tarentum, PA 15084-1908 |
| 15221221 | + | Allegheny Valley Hospital, 1301 Carlisle Street, Natrona Heights, PA 15065-1152 |
| 15221225 | + | Dynamic Recovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 15221226 | + | Eureka Ambulance Services, 304 E. 3rd Avenue, Tarentum, PA 15084-1806 |
| 15221231 | + | Pittsburgh Cardiology Associates, 490 E. North Avenue, Pittsburgh, PA 15212-4740 |
| 15221234 | + | Tru Green, 3812 William Flynn Hwy, Bldg. # 9, Allison Park, PA 15101-3660 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2022 23:41:36 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 28 2022 23:39:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15249148 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221222 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15221223 | + | Email/Text: documentfiling@lciinc.com | Mar 28 2022 23:38:00 | Comcast/Xfinity, 219 Summit Park Dr., Pittsburgh, PA 15275-1203 |
| 15221224 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232755 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15234810 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15232753 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221227 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:38:00 | K. Jordan, 913 1st Avenue, Chippewa Falls, WI 54729-1402 |
| 15225100 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15221228 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 15243984 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15221229 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15232754 | + | Email/Text: bankruptcy@sccompanies.com | Mar 28 2022 23:39:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15221230 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 23:39:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15221232 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15221713 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15221233 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:34 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15243403 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 23:39:00 | THE BANK OF NEW YORK MELLON, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| 15221220 | ##+ | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D alubin@milsteadlaw.com, bkecf@milsteadlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 27 |

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com

Jillian Nolan Snider
    on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
    on behalf of Debtor Brian K. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Samuel M. DiFatta
    on behalf of Joint Debtor Pamela S. Hilliard difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon smncina@rascrane.com

TOTAL: 11